(December 14, 1970)

JOHN DECKER et al., Respondents, v. ROSE CONTI, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.